# IN THE SUPREME COURT OF THE STATE OF NEVADA

AUSTIN KEITH GONZALEZ,
Appellant,
vs.
BRIAN ANDY, AN INDIVIDUAL,
Respondent.

No. 85532

FILED

OCT 27 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY: _____
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Appellant's October 25, 2022, notice of withdrawal is construed as a motion for voluntary dismissal. The motion is granted and this appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:  Hon. Mark R. Denton, District Judge
Winner Booze & Zarcone
Richard F. Scotti
Eighth District Court Clerk

22-33857